FERNANDO SIFUENTES

CAB-02-195   3

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) C. H. IRWIN | TITLE CIVIL DEPUTY |

United States District Court
Southern District of Texas
FILED
OCT 24 2002
Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: 10-17-02 @ 1322 pm Resident at 801 1st Street in Palacios advised they did not know Mr. Sifuentes

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date              Signature of Server

JAMES D. MITCHELL, SHERIFF
MATAGORDA COUNTY, TEXAS
Address of Server

02 OCT 24 AM 11:18
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.