IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-195 |
| | § | |
| FERNANDO SIFUENTES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on February 14, 2003, the Court **GRANTED** Plaintiff's Motion For Continuance. The Initial Pretrial Conference scheduled for February 18, 2003, is canceled and rescheduled for March 17, 2003, at 2:30.

DONE at Brownsville, Texas, on this 14th day of February 2003.

Hilda G. Tagle
United States District Judge