United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ | § | |
| | § | C.A. NO. B-02-195 |
| V. | § | |
| | § | |
| FERNANDO SIFUENTES | § | |
| | § | JURY |
| | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this, his **CERTIFICATE OF INTERESTED PARTIES**, pursuant to the Court's Order for Conference and Disclosure of Interested Parties, as follows:

1.  Plaintiff:   FAUSTINO HERNANDEZ

   Plaintiff has a monetary interest in this litigation due to the injuries he sustained on May 10, 2002, while in the course and scope of his employment.

2.  Attorneys for Plaintiff:

   RICHARD SCHECHTER, ESQ.
   RICHARD SCHECHTER, P.C.
   11 Greenway Plaza, Suite 2010
   Houston, TX 77046
   713-623-8919
   713-622-1680/Fax

   Co-Counsel for Plaintiff:

   B. VIC SHAPIRO
   LAW OFFICE OF B. VIC SHAPIRO
   5718 Westheimer, Suite 940
   Houston, TX 77056
   713-780-3230
   713-780-4884/Fax

Mr. Schechter and Mr. Shapiro have been retained by Plaintiff to represent him in this litigation. They have an interest for attorneys' fees and litigation expenses.

3. Defendant: FERNANDO SIFUENTES

Defendant is a potentially interested party in this case.

We are unaware at this time of any other parties with a financial interest in this litigation. However, if information becomes available that other entities have a financial interest in this litigation, we will supplement this Certificate.

Respectfully submitted,

BY: _____
Richard Schechter
Texas State Bar No. 17735500
Federal Admission No. 1278
ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

RICHARD SCHECHTER, P.C.
11 E. Greenway Plaza, Suite 2010
Houston, TX 77046-1171
713-623-8919
713-622-1680/Fax

B. VIC SHAPIRO
LAW OFFICE OF B. VIC SHAPIRO
5718 Westheimer, Suite 940
Houston, TX 77056
713-780-3230
713-780-4884/Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record, pursuant to Rule 5 of the Federal Rules of Civil Procedure, on February 18, 2003.

---
**RICHARD SCHECHTER**

cc:　James H. Hunter, Jr.
　　　Royston, Rayzor, Vickery & Williams, L.L.P.
　　　55 Cove Circle
　　　Brownsville TX 78521