United States District Court
Southern District of Texas
FILED

FEB 26 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FAUSTINO HERNANDEZ** | § | CIVIL ACTION No. B-02-195 |
| | § | |
| **VERSUS** | § | Pursuant to Rule 9(h) of |
| | § | the Federal Rules of |
| | § | Civil Procedure - ADMIRALTY |
| **FERNANDO SIFUENTES** | § | |

### DEFENDANT'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **FERNANDO SIFUENTES**, Defendant in the above-entitled and numbered cause, and designates the following persons/entities who may have a financial interest in the outcome of this matter:

1. Faustino Hernandez
   c/o Richard Schechter
   11 E. Greenway Plaza, Ste 2010
   Houston, Texas 77046-1171
   Tel: (713) 623-8919

2. Richard Schechter
   11 E. Greenway Plaza, Ste 2010
   Houston, Texas 77046-1171
   Tel: (713) 623-8919

3. B. Vic Shapiro
   Law Office of B. Vic Shapiro
   One Westheimer Plaza
   5718 Westheimer Road, Suite 940
   Houston, Texas 77057
   (713) 780-3230

50175:1024825.1:081402

4.  Fernando Sifuentes - Defendant
    c/o Royston, Rayzor, Vickery & Williams, L.L.P.
    55 Cove Circle
    Brownsville, Texas 78521
    (956) 542-4377

5.  Centennial Insurance Co.
    140 Broadway, 33rd Floor
    New York, NY 10005
    (212) 943-1800

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Juan N. Garza
Texas State Bar No. 24036624
Federal ID No. 33421
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**ATTORNEYS IN CHARGE FOR DEFENDANT,
INDIANA KNITWEAR CORPORATION**

Of Counsel:

FRANK A. PICCOLO
TBN: 24031227
WILLA R. LeBLANC
TBN: 24013017
Preis, Kraft & Roy
601 Poydras Street, Suite 1855
New Orleans, Louisiana 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 26th day of February, 2003, deposited a true and correct copy of the foregoing in the **U.S. First Class Mail,** and properly addressed to:

Mr. Richard Schechter
Attorney at Law
11 E. Greenway Plaza, Suite 2010
Houston, Texas 77046-1171

B. Vic Shapiro
Law Office of B. Vic Shapiro
One Westheimer Plaza
5718 Westheimer Road, Suite 940
Houston, Texas 77057

**James H. Hunter, Jr.**