| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FAUSTINO HERNANDEZ, PLAINTIFF §
§
§
versus § CIVIL ACTION B-02-195
§
§
FERNANDO SIFUENTES, DEFENDANT §
§

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____         _____
RICHARD SCHECHTER FOR                    JAMES H. HUNTER, JR. FOR
PLAINTIFF                                DEFENDANT

## Order to Transfer

This case is transferred to United States Magistrate Judge __Felix Recio__
_____ to conduct all further proceedings, including final judgment.

_____         _____
            Date                                United States District Judge

Feb 27, 2003