# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

FAUSTINO HERNANDEZ         *

vs                         *   CIVIL ACTION NO. B02-195
                               (636(c))
FERNANDO SIFUENTES          *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### TELEPHONIC INITIAL PRETRIAL CONFERENCE
(The call shall be initiated by Plaintiff's counsel.)

**March 17, 2003, 11:00 a.m.**

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

---

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

---

BY ORDER OF THE COURT

February 28, 2003

cc:   Counsel of Record