

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ | § | |
| | § | C.A. NO. B-02-195 |
| V. | § | |
| | § | |
| FERNANDO SIFUENTES | § | |
| | § | JURY |
| | § | |

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

Counsel file this joint report of meeting and joint discovery/case management plan,

pursuant to Fed. R. Civ. P. Rule 26(f), as follows:

1.    State where and when the meeting of the parties required by Rule 26(f) was held, and
identify the counsel who attended for each party.

**ANSWER**:

The meeting of representatives of Plaintiff and Defendant occurred on February 17, 2003,
by teleconference. Richard Schechter attended for Plaintiff and James Hunter attended for
Defendant.

2.    List the cases related to this one that are pending in any state or federal court, with the
case number and court.

**ANSWER**:

None.

3.    Briefly describe what the case is about.

**ANSWER**:

On or about May 10, 2002, Plaintiff was employed by Defendant as a seaman, as that
term is defined by law. Plaintiff was serving as a crew member aboard "F/V AZTECA"a

1

vessel owned and/or operated by Defendant. On that date Plaintiff allegedly sustained serious injuries to left hand and body in general in the course and scope of his employment.

4.    Specify the allegation of federal jurisdiction.

   **ANSWER**:

   This court has jurisdiction under 28 U.S.C. §§ 1331.

5.    Name the parties who disagree and the reasons.

   **ANSWER**:

   None.

6.    List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **ANSWER**:

   None anticipated at this time.

7.    List anticipated interventions.

   **ANSWER**:

   None.

8.    Describe class-action issues.

   **ANSWER**:

   None.

2

9.     State whether each party represents that it has made the initial disclosures required by
       Rule 26(a). If not, describe the arrangements that have been made to complete the
       disclosures.

       **ANSWER**:

       By the Scheduling Conference both parties will have made the Initial Disclosures
       required by Rule 26(a).

10.    Describe the proposed agreed discovery plan, including:

       A.     Responses to all the matters raised in Rule 26(f).

       **ANSWER**:

       1.     There is no need for changes made in the timing, form or requirements for
              disclosures under Rule 26(a).

       2.     There are no changes needed regarding limitations on discovery in this case.

       3.     No orders need to be issued pursuant to Rule 26(c) or Rule 16(b) and (c) other
              than the order this Court typically enters at its scheduling conference.

       B.     When and to whom the plaintiff anticipates it may send interrogatories.

       **ANSWER**:

       Plaintiff's anticipates sending interrogatories to the Defendant by March 17, 2003.

       C.     When and to whom the defendant anticipate they may send interrogatories.

       **ANSWER**:

       Defendant anticipates sending interrogatories to Plaintiff by March 17, 2003.

       D.     Of whom and by when the plaintiff anticipates taking oral depositions.

       **ANSWER**:

       Plaintiff anticipates deposing Defendant, employees of the Defendant, and witnesses with
       knowledge about liability and damage issues. It is currently unknown who or how many
       such witnesses will be deposed. Plaintiff also will depose his treating physicians, experts

3

and Defendant's experts. Plaintiff anticipates concluding these deposition by October 15, 2003.

E.      Of whom and by when the defendant anticipates taking oral depositions.

**ANSWER**:

Defendant anticipates deposing Plaintiff, crew members on the vessel, witnesses with knowledge of liability and damage issues, treating physicians, and Plaintiff's experts by October 15, 2003.

F.      When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(s)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**ANSWER**:

Plaintiff will designate experts by August 15, 2003.

Defendants will designate responsive experts by September 15, 2003.

G.      List expert depositions the plaintiff anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**ANSWER**:

Plaintiff anticipates deposing Plaintiff's treating physicians and Defendants' experts. It is anticipated that the completion dates for these depositions will be October 15, 2003.

H.      List expert depositions the defendant anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**ANSWER**:

Defendants anticipate deposing Plaintiff's treating physicians and Plaintiff's experts. It is anticipated that the completion dates for these depositions will be by October 15, 2003.

11.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

4

**ANSWER**:

All the parties agree with the proposed discovery plan.

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**ANSWER**:

Parties are endeavoring to exchange Interrogatories and Request for Production.

13.    State the date the planned discovery can reasonably be completed.

**ANSWER**:

October 15, 2003.

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**ANSWER**:

Because of unresolved medical this does not appear to be a case for prompt resolution.

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER**:

Discussed the issues and agreed to try to work together to understand the facts as quickly as possible.

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such technique may be effectively used in this case.

**ANSWER**:

Mediation after July 30, 2003.

5

17.  Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER**:

The parties consent to trial before a magistrate judge and have already filed Form 636.

18.  State whether a jury demand has been made and if it was made on time.

**ANSWER**:

Yes.

19.  Specify the number of hours it will take to present the evidence in this case.

**ANSWER**:

The parties believe the evidence can be presented in 24 hours of testimony.

20.  List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER**:

None.

21.  List other motions pending.

**ANSWER**:

None.

22.  Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**ANSWER**:

None at this time.

23. Certify that all parties have filed Disclosures of Interested Parties as directed in the Order for Conference and Disclosures of Interested Parties, listing the date of filing for original and any amendments.

**ANSWER**:

The parties have filed Disclosures of Interested Parties. Plaintiff filed his on or about February 18, 2003. Defendant filed theirs on or about February 24, 2003.

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

**ANSWER**:

Richard Schechter, Esq.
State Bar of Texas No. 17735500
Federal Admission No. 1278
RICHARD SCHECHTER, P.C.
11 Greenway Plaza, Suite 2010
Houston, TX 77046-1171
713-623-8919
713-622-1680/FAX
Attorney-in-Charge for Plaintiff

B. Vic Shapiro
State Bar of Texas No. 18109360
LAW OFFICE OF B. VIC SHAPIRO
5718 Westheimer, Suite 940
Houston, TX 77056
713-780-3230
713-780-4884/FAX
Co-counsel for Plaintiff

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Juan N. Garza
Texas State Bar No. 24036624
Federal ID No. 33421
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509

7

956-542-4377
956-542-4370/FAX
Attorneys in Charge for Defendant

Frank A. Piccolo
Texas State Bar No. 24031227
Willa R. LeBlanc
Texas State Bar No. 24013017
PREIS, KRAFT & ROY
601 Poydras Street, Suite 1855
New Orleans, Louisiana 70130
504-581-6062
504-522-9129/FAX
Of Counsel for Defendant

Respectfully submitted,

BY: _____
Richard Schechter
Texas Bar No. 17735500
Federal Admission No. 1278
ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

RICHARD SCHECHTER, P.C.
11 Greenway Plaza, Suite 2010
Houston, Texas 77046-1171
713-623-8919
713-622-1680/FAX

BY: _____ *
JAMES H. HUNTER, JR.
ATTORNEY-IN-CHARGE FOR DEFENDANT

*SIGNED BY PERMISSION

8

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
956-542-4377
956-542-4370/FAX

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record, pursuant to Rule 5 of the Federal Rules of Civil Procedure, on February 28, 2003.

RICHARD SCHECHTER

cc:    B. Vic Shapiro
      LAW OFFICE OF B. VIC SHAPIRO
      5718 Westheimer, Suite 940
      Houston, TX 77056

      James H. Hunter, Jr.
      ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
      55 Cove Circle
      P.O. Box 3509
      Brownsville, Texas 78523-33509

      Frank A. Piccolo
      PREIS, KRAFT & ROY
      601 Poydras Street, Suite 1855
      New Orleans, Louisiana 70130

956-542-4377
956-542-4370/FAX
Attorneys in Charge for Defendant

Frank A. Piccolo
Texas State Bar No. 24031227
Willa R. LeBlanc
Texas State Bar No. 24013017
PREIS, KRAFT & ROY
601 Poydras Street, Suite 1855
New Orleans, Louisiana 70130
504-581-6062
504-522-9129/FAX
Of Counsel for Defendant

Respectfully submitted,

BY: _____
Richard Schechter
Texas Bar No. 17735500
Federal Admission No. 1278
ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

RICHARD SCHECHTER, P.C.
11 Greenway Plaza, Suite 2010
Houston, Texas 77046-1171
713-623-8919
713-622-1680/FAX

BY: _____ *
JAMES H. HUNTER, JR.
ATTORNEY-IN-CHARGE FOR DEFENDANT

*SIGNED BY PERMISSION

8