United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court   *13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ | § | C.A. NO. B-02-195 |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| | § | |
| FERNANDO SIFUENTES | § | JURY |

# PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO F.R.C.P. 26(a)(1)

**I.    Persons with Discoverable information that Plaintiff may use to support his claims:**

1.    Faustino Hernandez
501 Henderson, Apt 30
Palacios TX 77465
361-972-9021

Mr. Hernandez is the Plaintiff in this case.  He has detailed information regarding how he was injured and the damages he has sustained.

2.    Fernando Sifuentes
801 ½ 4th Street
Palacios, TX 77465

Mr. Sifuentes is the Defendant in this case. He has information about Mr. Hernandez's injuries.

3.    Capt. Jose Luis Sifuentes
801 ½ 4th Street
Palacios, TX 77465

Captain Sifuentes was on board the boat when Mr. Hernandez was injured.

4.    Leoncio Sifuentes
Marine Assistant
801 ½ 4th Street

1

Palacios, TX 77465

Mr. Leoncio Sifuentes has information concerning Mr. Hernandez's injuries.

5.    United States Coast Guard
      Port Lavaca, TX.
      (361) 552-7422

They have knowledge of the weather conditions and accident information concerning Mr. Hernandez.

<u>Health Care Providers</u>

6.    Paul Mondolfi, M.D.
      605 East San Antonio, Suite 450
      Victoria, TX 77901
      (361) 580-1574

7.    Gary Freeman, M.D.
      Gulf Freeway Orthopaedics, P.A.
      12827 Gulf Freeway
      Houston, TX 77034
      (281) 481-4279

8.    Zoran Cupic, M.D.
      Hopestar Orthopedics
      909 Frostwood, Suite 251
      Houston, TX 77024
      (713) 827-9316

The above health care providers have or are believed to have knowledge of the nature, course, and progression of Faustino Hernandez's injuries and damages; the medical care he has received; the physical pain and mental anguish he has endured and will endure; his medical condition, past and future; the reasonableness and necessity of his past medical care and bills; the medical care he may need in the future and its cost; and Faustino Hernandez's physical limitations.

2

**II.    Documents Plaintiff may use to support his claims:**

- ▸ Medical records of Zoran Cupic, M.D.
- ▸ Medical records of Gary Freeman, M.D.
- ▸ Photographs of Mr. Hernandez's hand.
- ▸ Photographs of the Vessel.

**III.    Computation of Damages.**

Plaintiff seeks past and future medical expenses; past and future pain, suffering and mental anguish; past wages lost and future loss of earning capacity; and past and future physical impairment.

An exact calculation of damages has not yet been made.

Materials bearing on the nature and extent of Mr. Hernandez's injuries include those documents attached in response to paragraph II.

**IV.    Insurance Agreements.**

None.

Respectfully submitted,

BY:

Richard Schechter
Texas Bar No. 17735500
Federal Admission No. 1278
ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

RICHARD SCHECHTER, P.C.
11 E. Greenway Plaza, Suite 2010
Houston, Texas 77046-1171
713-623-8919
713-622-1680/Fax

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record, pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 5, 2003.

**RICHARD SCHECHTER**

cc:  B. Vic Shapiro                                    **BY FAX # 713-780-4884**
     LAW OFFICE OF B. VIC SHAPIRO
     5718 Westheimer, Suite 940
     Houston, TX 77056

     James H. Hunter, Jr.                              **CM RRR #7001 1940 0000 9754 1107**
     ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
     55 Cove Circle
     P.O. Box 3509
     Brownsville, TX 78523-33509

     Frank A. Piccolo                                  **CM RRR # 7001 1940 0000 9754 1114**
     PREIS, KRAFT & ROY
     601 Poydras Street, Suite 1855
     New Orleans, LA 70130

4

**HOPESTAR**
**ORTHOPEDICS**
**MEMORIAL CITY**

*Zoran Cupic, M.D., P.A.*
*Orthopedic Surgeon*

| | |
|---|---|
| **PATIENT:** | **HERNANDEZ, FAUSTINO** |
| **DOB:** | **09/06/67** |
| **SS #:** | **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** |
| **PATIENT #:** | **992093058** |
| **REFERRING PHYSICIAN:** | **NONE** |

---

07/19/02                    **INITIAL EVALUATION**

The patient was injured on 05/10/02. His left hand was caught on a shrimp boat. He stayed on the boat for approximately 10 hours. The fingers that were lacerated were not able to be put back on. He was taken to a hospital where he had to have surgery. He is now being referred to us for an orthopaedic evaluation and treatment. The patient states that he is right-handed, but he has well-healed lacerations of the second, third, and fourth fingers of the left side. The index, middle, and ring finger were definitely involved. The patient was referred to us for an orthopaedic evaluation and treatment.

**EXAMINATION:**

Examination reveals the patient's thumb and fifth finger are perfectly normal. As far as the index finger is concerned, there is tenderness over the ulnar portion of the amputation site. The middle phalanx is short. Does not go into full extension. He flexes to about 45°, but definitely lacks full extension and it is tender on the ulnar side. The incision is perfectly well healed. The middle finger, again, the middle phalanx does not go into full extension. It flexes to about 60°. There is a little, small piece from the distal phalanx, but this is a very, very small piece, which has minimal motion.

Examination of the ring finger shows that he can go into full extension and bend it to 90° on the PIP joint and DIP joint. He cannot go into full extension at the DIP joint and may have 10-15° of flexion. The nail is still present at the ring finger. When making a fist, the fifth finger reaches to the palm. The fourth finger comes close, but the third and index finger definitely do not even come close.

The grip measures 100 on the right and 30 on the left. The pinch is 13 on the right and 6 on the left. The patient is right-handed.

**X-RAYS:**

The x-rays reveal a normal thumb and fifth finger. The index finger has about half of the middle phalanx as the entire middle phalanx and a very small little portion of the distal phalanx. The ring finger has the entire proximal phalanx and middle phalanx, and about half of the distal phalanx.

**(Continued...)**

 

**PATIENT:**          **HERNANDEZ, FAUSTINO**
07/19/02             **(Continuation...)**
**Page -2-**


## DIAGNOSIS:

1)    TRAUMATIC AMPUTATION OF THE LEFT HAND, INVOLVING THE
      SECOND, THIRD, AND FOURTH FINGERS.
2)    NEUROMA OF THE INDEX FINGER ON THE ULNAR SIDE.

## RECOMMENDATIONS:

The patient is being placed on physical therapy at this point. He is to have some
strengthening exercises. I did tell him that he may need to have further surgery. The
neuroma on the index finger, possibly the distal phalanx may need to be resected on the
middle finger.



_____

**Zoran Cupic, M.D.**
**ZC/sj**



# Memorial City Physical Therapy
# & Sports Rehabilitation Center

*Serving West Houston for over 25 Years*

Name Hernandez Fausra Dx. Post Lacct l-Ikd

Freq: 3Xw   Duration 4w   ICD-9 Code_____

☑ **Please Evaluate and Treat**

**Modalities / Procedures**
- ☐ Therapist Discretion
- ☐ Moist Heat
- ☐ Ultrasound w/wo Elec. Stim.
- ☐ Therapeutic Massage
- ☐ MFR / Soft Tissue Mobs.
- ☐ Traction
- ☐ Electrical Stim.
- ☐ TENS
- ☐ Iontophoresis
- ☐ Cold Packs / Ice
- ☐ Whirlpool Debride / Redress
- ☐ Other _____

**Rehabilitation**
- ☑ Therapist Discretion
- ☐ ROM / Mobilization
- ☐ Progressive Strengthening
- ☐ Work Conditioning
- ☐ Gait Training
- ☐ Protocol _____

**Computerized Test / Exer.**
- ☐ Isokinetic Extremity  Lido
- ☐ Isometric / Isotonic MedX

**Special Instructions:**

*I certify this treatment is medically necessary.*

**Physician's Signature**_____ Date 7 - 19 - 02

*821 Frostwood, Houston, TX 77024   Phone 713-932-1414   Fax 713-932-6457*

1Case 1:02-cv-00195     Document 13     Filed in TXSD on 03/14/2003     Page 8 of 35

(713) 827-9316
FAX (713) 827-8345

ZORAN CUPIC, M.D., P.A.
Orthopaedic Surgery
TOTAL JOINT REPLACEMENT

## WORK STATUS

DATE _7-24-02_

This is to certify that _Fuestino Hernandez_ is under my care
and is placed on:

_____ LIGHT DUTY, with restrictions of _____

_____

_____ REGULAR DUTY

_____✓_____ OFF WORK _full restrictions *_

Return to office: _9-4-02_

*EFFECTIVE DATE: _9-19-02_

Should there be any questions please contact this office.

_Zoran Cupic M.D_
Zoran Cupic, M.D.

_* no bending, stooping, crawling, climbing & lifting._

909 FROSTWOOD, SUITE 251     PROFESSIONAL BLDG. II     HOUSTON, TEXAS 770'4



| | |
|---|---|
| **PATIENT:** | **HERNANDEZ, FAUSTINO** |
| **DOB:** | **09/06/67** |
| **SS #:** | **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** |
| **PATIENT #:** | **992093058** |

---

**11/06/02**                    **FOLLOW-UP VISIT:**

The patient returns today. He is still having problems with all three fingers. The index and the ring finger seem to be the worst.

There is still some tenderness in all three fingers, but those are the worst. He is able to go into full extension, but he cannot fully flex and he cannot make a grip.

At this point, I have encouraged the patient to continue to exercise. I told him that we may need to do some more surgery and a more revision amputation; but he is to continue to exercise in the meantime. He does have some ingrowing of the fingernail. I told him to soak this in warm water and to put a piece of cotton underneath the nail in order to try to "dig it out" from the area so that it does not actually "ingrow".


---

**Zoran Cupic, M.D.**
**ZC/sj**

PATIENT:              **HERNANDEZ, FAUSTINO**
DOB:                  **09/06/67**
SS #:                 **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**
PATIENT #:            **2139**

---

**12/11/02**              **FOLLOW-UP VISIT:**

The patient returns today.  He is not doing much better. He does not have good sensation. He has a lot of numbness over the amputated fingers. He does not have much tenderness on examination.

The patient can go into full extension and he can flex well with the fourth and fifth fingers, but the index and middle fingers he cannot make a full fist with it.  The grip on the left side is much weakened compared to the right side.

The patient was encouraged to continue to exercise as much as possible.  He is to take Relafen for the anti-inflammatory effect.  I told him that he needs to continue to exercise and see how much strength he can get back.  He is to return in about 6-8 weeks.

---

**Zoran Cupic, M.D.**
**ZC/sj**

AUG-30-02  01:17 PM  SHUP  4 CONSULTING SERVID  504 5~ 1117        P.02

# GARY C. FREEMAN, M.D.
## MEDICAL CONSULTANT
### ORTHOPAEDICS

RECEIVED

AUG 1 7 2002

"EW ORLEANS

August 12, 2002

SHUMAN CONSULTING SERVICES
F/V AZTECA
ATTN  MARTIN J LOWE
203 CARONDELET DR  STE 803
NEW ORLEANS, LA 70130

RE:   HERNANDEZ, FAUSTINO
       501 HENDERSON  APT 30
       PALACIOS, TX 77465
SSN: 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
CLM: 008-0093
DOI: 05/10/02
NOI: LEFT HAND
EMP: F/V AZTECA
       P O BOX 796
       PALACIOS, TX  77465
TIN: 76-0269698
LIC: D 1638

## INTRODUCTION

This 34 year old, 5' 7" tall, 180 pound, right-handed, Hispanic male, was seen in the office by me today. Medical records were provided for my review. I reviewed that material. The claimant's girlfriend was also present during the assessment. I speak Spanish. My assistant is fluent in translating. In my opinion, communication was achieved.

## HISTORY

Mr. Hernandez states that he injured his left hand when it was caught by a cable while he was working as a fisherman out at sea on 05-10-02. The next day, he was seen in Palacios, Texas. His wounds were closed. He later was seen by Dr. Mondolfi in Victoria, Texas. Apparently, amputations of the distal portions of the left index, middle, and ring fingers were accomplished. He was told he could go back to work on 07-08-02. He did not.

Next, the claimant was seen by Dr. Cupic, perhaps at the referral from Attorney Richard Schecter. Dr. Cupic recommended therapy, no return to work and possible future surgery. Dr. Cupic asserted a neuroma of the index finger on the ulnar side as well as the amputations.

GULF FREEWAY ORTHOPAEDICS, P.A.

12827 GULF FREEWAY    HOUSTON, TEXAS 77034-4807    (281) 481-4279

AUG-30-02 01:17 PM  SHU⎯⎯ CONSULTING SERVID  504 5⎯⎯ 1117      P.03

Hernandez, Faustino
August 12, 2002
Page 2

RECEIVED

AUG 1 7 2002

SCS NEW ORLEANS

## EXAMINATION

Examination reveals no tenderness of the tips of the fingers either to palpation or percussion. I find no objective indicia of a neuroma of the ulnar side of the index finger. I find no credible physical evidence of the assertion by Dr. Cuplc.

There is limited closure of the PIP joints due to the significant involvement of the DIP joints. There is a dimpling of a small remnant of nail in the middle finger with a down-curving nail on the tip of the ring finger. There is no nail available on the index finger. The thumb was spared. The little finger was spared. The incisions appear to be healed, stable, and uninfected.

## TESTS

X-rays of the left hand taken in my office today show a complete loss of distal phalanx of the middle finger at the DIP level. There is a mid portion of the middle phalanx remaining in the index finger. There is a mid portion of the distal phalanx in the ring finger. No other bony abnormalities are noted.

## OPINION

In my opinion, the claimant has been well treated by Dr. Mondolfi. I think that probably it would be prudent for the claimant to go back to work at this time within the common sense realization that his hand is not normal ... and will never be completely normal again. Work would probably be beneficial as part of a desensitization process and an accommodation with learning for utilization of the remaining digits.

Conversely, I do not recommend an MMI assessment at this time because there is a high probability of a need for reconstructive surgery regarding the nail remnants. This probably will be the most troublesome aspect of the situation. Another concept which should be entertained may well be a ray resection of the index finger due to the fact that dynamically this level of amputation of the index finger is usually more of a hindrance than a value in function.

In summary, in my opinion, the claimant could go to work with the understanding that he should use prudence and be followed appropriately by a hand surgeon.

## DISCLAIMER

Medicine is both an art and a science. Although the claimant may appear to be fit for return to duty, there is no guarantee that the claimant will not report a re-injury or additional injury once he returns.

AUG-30-02 01:18 PM  SHUF    CONSULTING SERVID    504 5    1117    P.04

Hernandez, Faustino
August 12, 2002
Page 3


The opinions rendered in this case are the opinions of this evaluator. These opinions are based upon reasonable medical probability. This evaluation has been conducted on the basis of the medical examination and documentation as provided, with the assumption that the material is true and correct. If more information becomes available at a later date, an additional service / report / reconsideration may be requested. Such information may, or may not, change the opinions rendered in this evaluation. This opinion is based on a clinical assessment, examination, and documentation. This opinion does not constitute per se a recommendation for specific claims or administrative functions to be made or enforced.

Sincerely,


Gary C. Freeman, M.D.
Diplomate, American Board of Orthopaedic Surgery
Certified Independent Medical Examiner; AADEP

GCF/msk
Encl.

RECEIVED
AUG 1 7 2002
SCS NEW ORLEANS



















































































