# Richard Schechter, P.C.
*Attorney at Law*

/16

Richard Schechter*

11 E. Greenway Plaza  Suite 2010  Houston, TX 77046
713-623-8919  •  800-734-5612  •  Fax: 713-622-1680

Lewis S. Fleishman**

April 4, 2003

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

Michael N. Milby
U.S. District Clerk
600 E. Harrison, 1st Floor
Brownsville TX 78520

RE:   C.A. B-02-195; *Faustino Hernandez v. Fernando Sifuentes,* In the United States District Court for the Southern District of Texas, Brownsville Division.

### CERTIFICATE OF WRITTEN DISCOVERY

Dear Mr. Milby:

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, please file the original of this letter as a Certificate of Written Discovery among the papers in the above-referenced case. I hereby certify that true and correct copies of the following documents have been forwarded to all known counsel of record as listed below on April 4, 2003, and the originals are retained in our files and may be used at trial:

1. Plaintiff's Answers and Objections to Defendant's Interrogatories;
2. Plaintiff's Responses and Objections to Defendant's Request for Production of Documents; and
3. Rule 11 Agreement.

Please acknowledge receipt by placing your file stamp in the margin of the enclosed extra copy of this letter, and return it to me for my files in the enclosed self-addressed, postage paid envelope provided. Thank you for your kind cooperation and attention to this matter.

Very truly yours,

RICHARD SCHECHTER, P.C.

Richard Schechter

RS/ay
Enclosures

cc:   James H. Hunter, Jr.                                              CMRRR70022030000579938256
      ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
      55 Cove Circle, P.O. Box 3509
      Brownsville TX 78523-33509

*Board Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law*
**Licensed in Texas, New Mexico and California*

Michael N. Milby
April 4, 2003
Page 2

cc:    Frank A. Piccolo                                        **CMRRR70022030000579938270**
      PREIS, KRAFT & ROY
      601 Poydras Street, Suite 1855
      New Orleans LA 70130

      B. Vic Shapiro                                             **BY REGULAR MAIL**
      LAW OFFICE OF B. VIC SHAPIRO
      5718 Westheimer, Suite 940
      Houston TX 77056