# Richard Schechter, P.C.
*Attorney at Law*

Richard Schechter*

11 E. Greenway Plaza, Suite 2010 • Houston, TX 77046-1171
713-623-8919 • 800-734-5612 • FAX 713-622-1680

Lewis S. Fleishman

United States District Court
Southern District of Texas
RECEIVED
APR 23 2003
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
FILED
APR 21 2003
Michael N. Milby, Clerk

17

April 16, 2003

Michael N. Milby
U.S. District Clerk
600 E. Harrison, 1st Floor
Brownsville TX 78520

RE:   C.A. B-02-195; *Faustino Hernandez v. Fernando Sifuentes,* In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Milby:

### 2003 ATTORNEY VACATION SCHEDULE REQUEST

I am counsel for Plaintiff in the above-referenced case. I hereby designate the summer weeks marked with an "X" below as my vacation period for 2003 and respectfully request that no hearings or trials be scheduled during these weeks.

| JUNE | | JULY | | AUGUST | |
|---|---|---|---|---|---|
| 06/02/03 - 06/06/03 | | 06/30/03 - 07/04/03 | | 08/04/03 - 08/08/03 | X |
| 06/09/03 - 06/13/03 | | 07/07/03 - 07/11/03 | | 08/11/03 - 08/15/03 | X |
| 06/16/03 - 06/01/03 | | 07/14/0 - 07/18/03 | | 08/18/03 - 08/22/03 | |
| 06/23/03 - 06/27/03 | | 07/21/03 - 07/25/03 | X | 08/25/03 - 08/29/03 | |
| | | 07/28/03 - 08/01/03 | X | | |

Please file stamp a copy of this letter and return it to my for my files. By copy of this letter, I am notifying all counsel of record listed below of the filing of this vacation request.

Very truly yours,

RICHARD SCHECHTER, P.C.

Richard Schechter
TX Bar No. 17735500

cc:   James H. Hunter, Jr.                              BY FAX ONLY 956-542-4370
      Royston, Rayzor, Vickery & Williams, LLP
      55 Cove Circle
      Brownsville, TX 78521

      Frank A. Piccolo                                  BY FAX ONLY 504-522-9129
      Pries, Kraft & Roy
      601 Poydras Street, Suite 1855
      New Orleans, LA 70130

---

* *Board Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law*

Michael N. Milby
April 16, 2003
Page 2

cc:    B. Vic Shapiro                                                            **BY FAX ONLY 713-780-4884**
      LAW OFFICE OF B. VIC SHAPIRO                   Co-Counsel for Plaintiff
      5718 Westheimer, Suite 940
      Houston, TX 77056