

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION No. B-02-195 |
| | § | ADMIRALTY |
| FERNANDO SIFUENTES | § | & |
| DEFENDANT. | § | 636(c) |

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, **FAUSTINO HERNANDEZ,** and Defendant, **FERNANDO SIFUENTES,** announce to the Court that this matter has been compromised and settled and ask the Court to dismiss Plaintiff's claims and causes of action against said Defendant, with prejudice, with Defendant paying for Plaintiff's taxable court costs, as well as his own.

### I.

Plaintiff, Faustino Hernandez, and Defendant, Fernando Sifuentes have reached a full and final settlement. As part of the settlement agreement, Plaintiff Faustino Hernandez stipulates and moves to dismiss all of his claims against Defendant, Fernando Sifuentes and F/V AZTECA with prejudice. Each party will pay his own attorneys fees. Defendant will pay Plaintiff's court costs, as well as his own. The settlement should be approved by the

50617:1058983.1:052803

Court because it will end the litigation in this case between Plaintiff and Defendant. It is

requested the dismissal be entered with prejudice.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

James H. Hunter, Jr.
State Bar of Texas No. 00784311
Fed. I.D. No. 15703
Juan Noe Garza, Jr.
State Bar of Texas No. 2406624
Fed. I.D. No. 33421
ATTORNEYS FOR DEFENDANT,
FERNANDO SIFUENTES

RICHARD SCHECHTER, P.C.

By:

Richard Schechter
Texas State Bar No.17735500
Federal ID No. 1278
11 E. Greenway Plaza
Suite 2010
Houston, Texas   77046-1171
Tel:    (713) 623-8919
Fax:    (713) 622-1680
Attorney for Plaintiff,
FAUSTINO HERNANDEZ

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___2ⁿᵈ___ day of **July, 2003**, a true and correct copy of the foregoing *Joint Motion and Stipulation for Dismissal with Prejudice* was served on the following counsel of record as follows:

Richard Schechter
11 E. Greenway Plaza
Suite 2010
Houston, Texas   77046-1171
*Via Facsimile*

B. Vic Shapiro
Texas State Bar No.18109360
5718 Westheimer
Suite 940
Houston, Texas   77056
*Via Facsimile*

**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTINO HERNANDEZ | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-195 |
| | § | ADMIRALTY |
| FERNANDO SIFUENTES | § | & |
| DEFENDANT. | § | 636(c) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on this day to be considered the Agreed Motion for Dismissal with Prejudice of the Plaintiff, Faustino Hernandez, and Defendant, Fernando Sifuentes and F/V AZTECA, her engines, tackle, etc., in rem, requesting dismissal with prejudice of all claims and causes of action Plaintiff may have against Defendant. The Court has been informed that this matter has been compromised and settled. The parties are all represented by counsel. The Court, having considered the pleadings on file and reviewing the record is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the settlement agreement entered into in this cause is a good faith settlement of a disputed claim under Texas and federal maritime law. It is further

50617:1058984.1:052803

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff, Faustino Hernandez's cause against Defendant, Fernando Sifuentes and F/V AZTECA, is hereby dismissed with prejudice, with all costs taxed against the Defendant.

**DONE,** at Brownsville, Texas this _____ day of _____, 2003.

_____
**Hon. Felix Recio**
**United States Magistrate Judge**

**AGREED TO AND ENTRY REQUESTED:**

RICHARD SCHECHTER, P.C.

By:_____
Richard Schechter
Texas State Bar No.17735500
Federal ID No. 1278
11 E. Greenway Plaza
Suite 2010
Houston, Texas  77046-1171
Tel:   (713) 623-8919
Fax:   (713) 622-1680
Attorney for Plaintiff,
**FAUSTINO HERNANDEZ**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:_____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Fed. I.D. No. 15703
Juan Noe Garza, Jr.
State Bar of Texas No. 2406624
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370
**ATTORNEYS FOR DEFENDANT,**
**FERNANDO SIFUENTES**