IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| FAUSTINO HERNANDEZ | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-195 |
| | § | ADMIRALTY |
| FERNANDO SIFUENTES | § | & |
| DEFENDANT. | § | 636(c) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on this day to be considered the Agreed Motion for Dismissal with Prejudice of the Plaintiff, Faustino Hernandez, and Defendant, Fernando Sifuentes and F/V AZTECA, her engines, tackle, etc., in rem, requesting dismissal with prejudice of all claims and causes of action Plaintiff may have against Defendant. The Court has been informed that this matter has been compromised and settled. The parties are all represented by counsel. The Court, having considered the pleadings on file and reviewing the record is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the settlement agreement entered into in this cause is a good faith settlement of a disputed claim under Texas and federal maritime law. It is further

50617:1058984.1:052803

ORDERED, ADJUDGED and DECREED that Plaintiff, Faustino Hernandez's cause against Defendant, Fernando Sifuentes and F/V AZTECA, is hereby dismissed with prejudice, with all costs taxed against the Defendant.

DONE, at Brownsville, Texas this 7th day of July, 2003.

Hon. Felix Recio
United States Magistrate Judge

**AGREED TO AND ENTRY REQUESTED:**

RICHARD SCHECHTER, P.C.

By: _____
Richard Schechter
Texas State Bar No.17735500
Federal ID No. 1278
11 E. Greenway Plaza
Suite 2010
Houston, Texas   77046-1171
Tel:   (713) 623-8919
Fax:   (713) 622-1680
Attorney for Plaintiff,
**FAUSTINO HERNANDEZ**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Fed. I.D. No. 15703
Juan Noe Garza, Jr.
State Bar of Texas No. 2406624
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Tel:   (956) 542-4377
Fax:   (956) 542-4370
**ATTORNEYS FOR DEFENDANT,
FERNANDO SIFUENTES**